UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BROOKLINEN, INC., and DOES 1–10,<br><br>Defendants. | Case No.:  3:25-CV-02446-RSH-KSC<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS** |

Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on **January 30, 2026**.  After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, IT IS HEREBY ORDERED:

1. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed on or before **March 16, 2026**.

2. A telephonic Status Conference has been scheduled for **May 1, 2026 at 10:30 a.m.**  To participate in the conference, counsel must dial 1-669-254-5252 and enter Meeting ID 161 634 0675. Participants will remain on hold until the Court activates the conference call. Participants will be prompted to enter the passcode, which is 953664, when the Court activates the call.

1

3. Fact and class discovery are not bifurcated but all class discovery shall be completed by all parties on or before **July 3, 2026**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. All discovery disputes must be addressed as set forth in the Court's Chambers' Rules which are accessible via the Court's website at www.casd.uscourts.gov.

4. A motion for class certification shall be filed no later than **July 31, 2026**.

5. A telephonic Status Conference has been scheduled for **October 23, 2026 at 10:30 a.m.** The purpose of the Status Conference is to schedule remaining dates and deadlines through the final pre-trial conference. To participate in the conference, counsel must dial 1-669-254-5252 and enter Meeting ID 161 634 0675. Participants will remain on hold until the Court activates the conference call. Participants will be prompted to enter the passcode, which is 953664, when the Court activates the call. *If a class certification motion has not been resolved prior to the CMC, the Court may continue the conference*.

6. The dates and times set forth herein will not be modified without good cause.

**IT IS SO ORDERED**

Dated: January 30, 2026

Hon. Karen S. Crawford
United States Magistrate Judge