UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER ANDERSON, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>BROOKLINEN, INC., et al.,<br><br>                                    Defendants. | Case No.:  25-cv-2446-RSH-GC<br><br>**ORDER RE: JOINT MOTION TO DISMISS** |

Before the Court is the Parties' joint motion to dismiss this action. ECF No. 23. The Parties request that the Court "dismiss this entire action with prejudice." *Id*. at 2. The instant action, however, was brought both individually and as a putative class action. *See* ECF No. 1-2. The Parties are therefore **DIRECTED** to clarify whether they intended to seek dismissal of Plaintiff's individual claims with prejudice and dismissal of the putative class claims without prejudice. *See Johnston v. Macpherson Oil Co., LLC*, No. 1:23-cv-01023-JLT-CDB, 2026 WL 1067496, at *1 (E.D. Cal. Apr. 20, 2026) ("The parties' stipulation of dismissal purports to dismiss the entire action—including claims on behalf of putative class members—with prejudice. Permitting dismissal of class claims with prejudice would improperly concede the interests of any potential new class action.") (emphasis in original);

25-cv-2446-RSH-GC

*Allred v. Chicago Title Co.*, No. 19CV2129-LAB (AHG), 2020 WL 5847550, at *1 (S.D. Cal. Oct. 1, 2020) ("This is a putative class action, but no class has been certified, nor is certification being proposed for purposes of settlement. Although the motion seeks dismissal of all claims with prejudice, the Court construes this as a request to dismiss Plaintiffs' own claims with prejudice, and putative class claims without prejudice.").

The Parties shall file a joint brief clarifying the scope of their requested dismissal no later than **seven days** after entry of this Order.

**IT IS SO ORDERED.**

Dated: June 12, 2026

_____

Hon. Robert S. Huie
United States District Judge

25-cv-2446-RSH-GC